IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**MARY MARTIN, an individual on
behalf of herself and others similarly situated,**

      **Plaintiff,**

**v.**                                                      **Civil Action No. 10-2532**

**PSALMS, INC.,**                                **OPT IN COLLECTIVE ACTION**

                                                               **JURY DEMANDED**

      **Defendant.**

_____

**JOINT MOTION TO APPROVE SETTLEMENT & MEMORANDUM IN SUPPORT THEREOF**

_____

      COMES NOW the parties, through their undersigned counsel, and move this Court for an Order approving the Settlement and dismissing the case with prejudice. As grounds for this Motion, parties show that they have exchanged information, completed the conditional certification process, and resolved this matter at mediation with Allen Blair, a mediator from Memphis, Tennessee. The mediation went into the evening, and the parties represent to the Court that it is a fair and reasonable settlement in light of the circumstances. Because the Settlement Agreement contains a confidentiality provision, the parties are contemporaneously emailing a proposed Order and the settlement documents to the Court.

Respectfully submitted,

GILBERT RUSSELL MCWHERTER PLC


/s/ Clinton H. Scott
CLINTON H. SCOTT #23008
101 North Highland
Jackson, TN 38301
Phone: (731) 664-1340

MICHAEL L. RUSSELL #20268
Chesapeake Business Centre
1616 Westgate Circle, Suite 228
Brentwood, TN 37027
Phone: (615) 467-6372

*Attorneys for Plaintiffs*


FISHER & PHILLIPS LLP


/s Craig Cowart
JEFF WEINTRAUB #9686
CRAIG COWART #19440
The Renaissance Center
1715 Aaron Brenner Dr., Suite 312
Memphis TN 38120

*Attorneys for Defendant, Jackson-Madison Co. Hospital District*


**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 28th day of March, 2013:


s/ Clinton H. Scott